# EXHIBIT A

| Banana Republic, LLC<br>2 Folsom Street<br>San Francisco, CA 94105<br>866/411-2772 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 84-C1 BW BR LLC Stores<br>08/15/2021<br>08/28/2021 | Business Unit:<br>Advice #:<br>Advice Date: | GPINC<br>**000000038488163**<br>09/01/2021 |
|---|---|---|---|---|

| | | | | TAX DATA: | Federal | NY State |
|---|---|---|---|---|---|---|
| **Nicole Davis** | Employee ID: | 2023010 | | Tax Status: | Married | Single |
| | Department: | 04148-BAY RIDGE | | Allowances: | N/A | 2 |
| | Location: | Bay Ridge | | Addl. Percent: | N/A | |
| | Job Title: | Sales Assoc | | Addl. Amount: | | |
| | Pay Rate: | $15.640000 Hourly | | | | |

## HOURS AND EARNINGS

| | | ---------------- Current -------------------- | | ---------- YTD ------------- | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Straight Time Store | 15.640000 | 4.75 | 74.29 | 490.96 | 7,653.54 | Fed Withholdng | 0.00 | 66.00 |
| Straight Time Store | 15.640000 | 14.43 | 225.69 | | 0.00 | Fed MED/EE | 4.35 | 121.07 |
| Holiday Fixed | | 0.00 | | 5.15 | 79.83 | Fed OASDI/EE | 18.60 | 517.69 |
| Overtime Stores | | 0.00 | | 4.35 | 102.05 | NY Vol Dis/EE | 1.20 | 22.80 |
| Discretionary Bonus | | 0.00 | | | 300.00 | NY Vol FLI/EE | 1.54 | 43.59 |
| ESPP Disqualified Disp-NonFICA | | 0.00 | | | 179.78 | NY Withholdng | 0.00 | 95.50 |
| US PT Sick Leave | | 0.00 | | 13.75 | 214.42 | NY NEW YORK Withholdng | 0.63 | 83.25 |
| **TOTAL:** | | | **299.98** | | **8,349.84** | **TOTAL:** | **26.32** | **949.90** |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | ESPP | 30.00 | 794.78 | | | |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **30.00** | **794.78** | ***TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 299.98 | 299.98 | 26.32 | 30.00 | 243.66 |
| YTD | 8,349.84 | 8,529.62 | 949.90 | 794.78 | 6,605.16 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 3.7 | | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 0.0 | 16.7 | Advice #000000038488163 | Checking | | 160.00 |
| + Bought | 0.0 | 0.0 | | Checking | | 83.66 |
| - Taken | 0.0 | 13.8 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | **0.0** | **6.6** | **TOTAL:** | | | **243.66** |

**MESSAGE:**

Paid Sick Leave pay period used 0.00, pay period accrued 0.64, balance 6.65