IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>BANANA REPUBLIC, LLC,<br><br>Defendant. | No. 21 Civ. 6160 (KAM)(VMS)<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above captioned action is hereby dismissed without prejudice and without costs or fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: October 10, 2023
New York, New York

**FITAPELLI & SCHAFFER, LLP**

By: *Brian Schaffer*
Brian S. Schaffer
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375
Email: bschaffer@fslawfirm.com

*Attorneys for Plaintiff and the Putative Class*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *Ira Rosenstein* /ECF
Ira G. Rosenstein, Esq.
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6043
Email: ira.rosenstein@morganlewis.com

*Attorneys for Defendants*

10.11.23